IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PAUL JENKINS, KENNETH JENKINS, and CRYSTAL COMBS, | CV 19–146–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| RAVALLI COUNTY; STERLING MAUS, in his individual and official capacities; JEFFERSON COUNTY; TOM DAWSON, in his individual and official capacities; TIM CAMPBELL, in his individual and official capacities; JAY CARLSON, in his individual and official capacities; LEWIS AND CLARK COUNTY; CHUCK O'REILLY, in his individual and official capacities; SAM MCCORMACK, in his individual and official capacities; REED SCOTT, in his individual and official capacities; and JOHN DOES 1-10, in their individual and official capacities, | |
| Defendants. | |

**FILED**

SEP 0 4 2019

Clerk, U.S District Court
District Of Montana
Missoula

I hereby recuse myself from all further proceedings in this action and hereby request that the Honorable Dana L. Christensen, Chief Judge, reassign this case.

DATED this 4th day of September, 2019.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court