

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PAUL JENKINS; KENNETH JENKINS; and CRYSTAL COMBS,<br><br>Plaintiffs,<br><br>vs.<br><br>RAVALLI COUNTY; STERLING MAUS, in his individual and official capacities; JEFFERSON COUNTY; TOM DAWSON, in his individual and official capacities; TIM CAMPBELL, in his individual and official capacities; JAY CARLSON, in his individual and official capacities; LEWIS AND CLARK COUNTY; CHUCK O'REILLY, in his individual and official capacities; SAM MCCORMACK, in his individual and official capacities; REED SCOTT, in his individual and official capacities; and JOHN DOES 1–10, in their individual and official capacities,<br><br>Defendants. | CV 19–146–M–DLC<br><br>ORDER |

Before the Court is the Plaintiffs' Notice of Dismissal with Prejudice. The Defendants have not made an appearance in this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, IT IS ORDERED that this matter is dismissed with prejudice, each party to bear its own costs and fees.

DATED this 9th day of December, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court